UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ANASTASIS KAMELARIS,

    Plaintiff,

v.                                        Case No: 8:22-cv-823-SCB-TGW

FLA. LAWN CARE, INC,

    Defendant.

_____

## ENTRY OF DEFAULT

Pursuant to Fed.R.Civ.P. 55(a), default is entered against the defendant **FLA. LAWN CARE, INC** in Tampa, Florida on the 12th day of May, 2022.

                                                    ELIZABETH M. WARREN, CLERK

                                                    s/C. Roberts, Deputy Clerk

Copies furnished to:

Counsel of Record